UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAGHVENDRA SINGH,<br>Plaintiff,<br>v.<br>THADD A. BLIZZARD, et al.,<br>Defendants. | No. 2:23-cv-00024-DC-SCR (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 18) |

Plaintiff Raghvendra Singh is proceeding pro se in this action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 19, 2025, the magistrate judge filed findings and recommendations herein which were served on plaintiff and contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 18. Plaintiff has filed objections to the findings and recommendations. ECF No. 19. However, Plaintiff's objections merely restate his allegations, which the magistrate judge explained are insufficient to state a cognizable claim. Indeed, Plaintiff has had two prior opportunities to amend his pleadings and cure deficiencies identified by the court, and his operative second amended complaint remains deficient. Thus, Plaintiff's objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 18) are ADOPTED; and
2. The second amended complaint is dismissed without leave to amend.
3. The Clerk of the Court is directed close this case.

IT IS SO ORDERED.

Dated: **July 17, 2026**

Dena Coggins
United States District Judge